# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Mrs. Eye'Keyla My. Carruthers Washington
OCA#128404 / JCA#71781
[You are the PLAINTIFF, print your full name on this line.]

v. Elkhart County Jail (ECJ)
Elkhart County Correctional Complex (ECCC)
DEBUTY: Fritzgerald
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  3:23-cv-423
[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
MAY 17 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Elkhart County Jail (ECJ) | 26861 CR26 Elkhart IN. 46517 |
| 2 | [Put the names of any other defendants in these boxes.] Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart IN. 46517 |
| 3 | DEBUTY: Fritzgerald | 26861 CR26 Elkhart IN. 46517 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  3

2. What is the name and address of your prison or jail?  Elkhart County Jail 26861 CR26 Elkhart In. 46517

3. Did the event you are suing about happen there?  ● Yes  ○ No, it happened at: _____

4. On what date did this event occur?  August 29, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
DO NOT: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [The first paragraph has been numbered for you.]

#1. 1. DEBUTY Fritzgerald; TRANSportation; Legal Work; ABANdoned Property; Ignore; 1st Amendment; 4th Amendment; 5th Amendment; 8th Amendment; 14th Amendment; Deliberate Indifference; Neglect of Detainee; United States District Court (U.S.D.C.) Northern South Bend Division; Neglect of legal dockets; Policy violations;

#2 August 19th of 2022 my life changed Doto ECCC/ECJ Employee DeButy Fritzgerald she ignored my gesture of don't leave my property instead she cleared the violation of polices with abandonment of legal work my legal dockets from U.S.D.C. is certainly been deprived and lost at ECCC/ECJ Doto DeButy Fritzgerald actions all captions of count #1 Successfully are violations and leaving a Demand of Suit for 900,000 United States of American Currency and exchange of Emotional distressed; punitive damage; extradionary damages and Emotionally distrught leaving me to amend Successful Merits of Count #1 Abandonment in my property Ms Fritzgerald a DeButy for ECJ/ECCC

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**Claims and Facts (continued)**

has deprived my legal work and property by neglecting the legal dockets. Now my legal property has been locked and 900,000 United States of American currency is a demand for suit. Under penalties for perjury the foregoing is true and correct.

My undersigned allows this suit for 900,000 be verified, for a contract of relief, for a certificate, to be successfully valid for all violations in Count (2) for neglect of legal dockets.

Mrs. EyE'KeyIA My. Carruthers
(Washington)

OCA# 122404    JCA# 71751

5. When did this event happen?
   ○ Before I was confined.
   ⬤ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⬤ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ⬤ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _Admin of ECCC/ECJ. grievance sent to Superior Ct #4 also._

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   _900,000 United States of American Currency. Abandened property shall get Returned from ECCC/ECJ._

[Initial Each Statement]
_EmCW_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
_EmCW_ I will keep a copy of this complaint for my records.
_EmCW_ I will promptly notify the court of any change of address.
_EmCW_ I WILL NOT send more than one copy of any filing to the court.
_EmCW_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
_EmCW_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on _8_/_29_/20_22_ at _8_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Mrs. Eye'Keyla Mj. Crcruthers Washington_       _OCA#122404_
Signature                                          _SCA# 7181_
                                                  Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]