AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
  Plaintiff

    v.          Civil Action No. 3:23cv423

ELKHART COUNTY JAIL
*EJC*

ELKHART COUNTY CORRECTIONAL COMPLEX
*ECCC*

FRITZGERALD
*Debuty*
  Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED without prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.:

**X** decided by Judge Robert L. Miller, Jr..

DATE:     6/8/2023                         CHANDA J. BERTA, CLERK OF COURT
                                           by      s/R. Figueroa
                                                   *Signature of Clerk or Deputy Clerk*