AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Mrs. Eye Keyla My Carruthers Washington*
*also known as*
Eye Keyla M Carruthers Washington
*also known as*
Antwan M Carruthers Washington
    Plaintiff

v.   Civil Action No.   3:23cv423

ELKHART COUNTY JAIL
*EJC*

ELKHART COUNTY CORRECTIONAL COMPLEX
*ECCC*

FRITZGERALD
*Debuty*
    Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>This case is DISMISSED without prejudice.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____

without a jury and the above decision was reached.:

**X** decided by Judge Robert L. Miller, Jr..

DATE:  6/20/2023

CHANDA J.BERTA,CLERK OF COURT

by   s/ N. Eddy

*Signature of Clerk or Deputy Clerk*